*Mr. Wm. N. Waugh* and *Mr. N. A. Rotering*, for Respondent.

---

No. 5,730.—STATE EX REL. H. C. BACORN ET AL., RELATORS, *v.* H. J. MILLER, DISTRICT JUDGE, ET AL., RESPONDENTS.

Original application for writ of supervisory control.

Decided March 28, 1925.

PER CURIAM.—Relators' application for a writ of supervisory control is denied.

*Mr. J. E. Healy* and *Messrs. Gibson & Smith*, for Relators.

*Mr. Henry C. Smith* and *Mr. Frank Arnold*, for Respondents.

---

No. 5,732.—STATE EX REL. GEORGE W. PADBURY, COUNTY ATTORNEY, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control directed to the district court of the first judicial district in and for the county of Lewis and Clark.

Decided April 4, 1925.

PER CURIAM.—Relator's application for a writ of supervisory control is denied.

*Mr. George W. Padbury, pro se.*